O

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

GARY LOUIS BLANK,

    Plaintiff,

v.

JOSIE GASTELO, et al.,

    Defendants.

Case No. CV 22-5801 CAS (MRW)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered in favor of Defendant Castillo, and that the remainder of the action be referred to Magistrate Judge Wilner for potential settlement discussions with the remaining parties.

DATE: March 6, 2024

_____
HON. CHRISTINA A. SNYDER
SENIOR U.S. DISTRICT JUDGE