# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

GARY LOUIS BLANK,

    Plaintiff,

v.

JOSIE GASTELO, et al.,

    Defendants.

Case No. CV 22-5801 CAS (MRW)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that judgment be entered in favor of Defendant Castillo.

DATE: March 6, 2024

_____
HON. CHRISTINA A. SNYDER
SENIOR U.S. DISTRICT JUDGE